# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ANTONIO LEE SMITH** : | **CIVIL ACTION NO. 2:15-cv-2361** |
| **REG. # 54872-019** | **SECTION P** |
| | |
| **VERSUS** : | **JUDGE JAMES** |
| | |
| **BECKY CLAY** : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

After an independent determination of the issues and review of the record, noting the lack of objections filed in the record, and a *de novo* determination of the issues, the Court concludes that the Magistrate Judge's Report and Recommendation [Doc. 26] is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS ORDERED** that Smith's petition for writ of habeas corpus filed under 28 U.S.C. § 2241 be **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**THUS DONE AND SIGNED** in Chambers this 3rd day of December, 2018.

_____
**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**